UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 1-31-20

VICTOR LOPEZ,

          Plaintiff,

19cv9891 (JGK)

- against -

ORDER

**CAPITAL GRILLE HOLDINGS, INC,**

          Defendant.

**JOHN G. KOELTL, District Judge:**

The defendant should file its motion to dismiss by **February 3, 2020**. The plaintiff may file an amended complaint by **February 14, 2020** in which case the motion to dismiss is denied as moot. Alternatively, the plaintiff may indicate by **February 14, 2020** that it will oppose the motion to dismiss, in which case its opposition is due by **February 21, 2020** and the defendant's reply is due by **March 2, 2020**. If there is an amended complaint, the defendant's time to move or answer is **February 28, 2020**. If the defendant moves, the response is due **March 13, 2020** and the reply is due **March 23, 2020**. Discovery is stayed pending the outcome of the motion to dismiss or the renewed motion to dismiss.

**SO ORDERED.**

Dated:    New York, New York
           January 30, 2020

                                        John G. Koeltl
                               United States District Judge