UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
VICTOR LOPEZ, individually and on behalf of
all other persons similarly situated,

                Plaintiff,

-against-

CAPITAL GRILLE HOLDINGS, INC.,

                Defendant.
------------------------------------------------------------X

19 CIVIL 9891 (MKV)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 14, 2020, defendant's motion to dismiss the complaint is GRANTED, and this case is dismissed with prejudice.

**Dated:** New York, New York

       August 17, 2020

                                      **RUBY J. KRAJICK**

                                      **Clerk of Court**

                   **BY:**

                                      **Deputy Clerk**